FILED: May 14, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4310 (L)
(3:13-cr-00157-REP-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FIDEL RODRIGUEZ

       Defendant - Appellant

_____

O R D E R
_____

The court grants the application to proceed under the Criminal Justice Act and seals the CJA 23 financial affidavit.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk